

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
| --- | --- | --- |
| IN RE: THERESA CABALLERO, | § | No. 08-13-00069-CV |
|  | § |  |
| Relator. | § | AN ORIGINAL PROCEEDING |
|  | § | IN MANDAMUS |
|  | § |  |
|  | § |  |
|  | § |  |

**O R D E R**

The Court, on its own motion, VACATES the June 6, 2013 submission and oral argument setting. The above styled and numbered cause will be rescheduled at a later date.

IT IS SO ORDERED this 3rd day of June, 2013.

PER CURIAM

Before McClure, C.J., Rivera, J., and Barajas, C.J., (Senior Judge).
(Barajas, C.J., Senior Judge, sitting by assignment)